**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br> v. <br><br> RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation, <br><br> Defendants. | Case No. 3:25-cv-00754-MMD-CLB <br><br> **ORDER GRANTING JOINT MOTION FOR STIPULATED PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7-1, Plaintiff Tomar, LLC ("Tomar") and Defendant GL Part SPV I, LLC ("GL) hereby bring this Joint Motion for Stipulated Preliminary Injunction. Tomar and GL stipulate as follows:

1. On December 9, 2025, Tomar filed an Ex Parte Motion for Temporary Restraining Order (the "Motion") seeking relief under Federal Rule of Civil Procedure 65. ECF No. 31.

2. On December 23, 2025, the Court granted the Motion and issued a temporary restraining order against GL (and certain other defendants), enjoining it from (i) any sale or transfer of any stock of XCF Global, Inc. ("XCF") in a transaction that would constitute a fraudulent conveyance or other violation of law; and (ii) using any proceeds from any sale of XCF stock, and requiring such proceeds to be held in escrow pending a hearing. ECF No. 51.

3. On December 24, 2025, GL filed a motion for reconsideration of the Court's order. ECF No. 52. Tomar filed an opposition to GL's motion on December 31, 2025. ECF No. 62.

4. To resolve Tomar's request for injunctive relief, Tomar and GL have agreed to stipulate to a preliminary injunction applicable to the 4,406,310 XCF shares that GL received

1

from RESC Renewables in connection with XCF's February 19, 2025 acquisition of RESC Renewables' interest in New Rise Renewables, LLC (the "Restrained XCF Shares"). The injunction shall not apply to any other XCF shares held by GL.

5. Effective immediately, GL is enjoined from (i) any sale or transfer of the Restrained XCF Shares in a transaction that would constitute a fraudulent conveyance or other violation of law; and (ii) using any proceeds from any sale of the Restrained XCF Shares. GL shall deposit into escrow any proceeds from the sale or transfer of the Restrained XCF Shares, to be held in escrow until Tomar's claims against GL in this action are finally resolved.

6. Tomar and GL agree that, consistent with this Court's December 23, 2025 order, this injunction comports with the requirements of Federal Rule of Civil Procedure 65 and the legal standards governing preliminary injunctions.

7. Tomar and GL further agree that no security bond is required for the injunction.

8. GL's motion for reconsideration of the Court's order granting a temporary restraining order (ECF No. 52) is hereby rendered moot by this stipulation and withdrawn.

9. This Stipulated Preliminary Injunction is not an admission of wrongdoing, negligence, or liability by any party, nor shall it be construed as an acceptance or admission by any party of any liability relating to any allegations asserted by Tomar as described in the Complaint or Ex Parte Motion for Restraining Order.

For these reasons, IT IS HEREBY STIPULATED that GL is enjoined from (i) any sale or transfer of the Restrained XCF Shares in a transaction that would constitute a fraudulent conveyance or other violation of law; and (ii) using any proceeds from any sale of the Restrained XCF Shares. GL shall deposit into escrow any proceeds from the sale or transfer of the Restrained XCF Shares, to be held in escrow until Tomar's claims against GL in this action are finally resolved.

DATED this 5th day of January 2026.

| **HOLLAND & HART LLP** | **Gesund & Pailet, LLC** |
|---|---|
| By: */s/ Matthew J. Smith* <br> Erica C. Medley <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, NV 89134 | By: */s/ Keren E. Gesund* <br> Keren E. Gesund <br> 7464 West Sahara Ave <br> Las Vegas, NV 89117 <br> keren@glolawfirm.com |
| Matthew J. Smith (*pro hac vice*) <br> Nicholas W. Katz (*pro hac vice*) <br> 555 17th Street, Suite 3200 <br> Denver, CO 80202 | *Attorneys for GL Part SPV I, LLC* |
| Matthew B. Hippler <br> 5470 Kietzke Lane, Suite 100 <br> Reno, NV 89511 <br> *Attorneys for Plaintiff* | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 5, 2026

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2026, a true and correct copy of the foregoing **JOINT MOTION FOR STIPULATED PRELIMINARY INJUNCTION** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Keren E Gesund
**Gesund & Pailet, LLC**
7464 West Sahara Ave
Las Vegas, NV 89117
keren@glolawfirm.com

*Attorneys for GL Part SPV I, LLC*

Michael R. MacPhail
**Spencer Fane, LLC**
1700 Lincoln Street, Suite 2000
Denver, CO 80203
michael.macphail@faegredrinker.com

Jessie Alexa Padua
**Spencer Fane LLP**
300 S. 4th Street
Suite 1600
Las Vegas, NV 89101
jpadua@spencerfane.co

*Attorneys for Encore D.E.C., LLC*

Rory T Kay
**McDonald Carano Wilson LLP**
2300 W. Sahara Ave., Ste. 1200
Las Vegas, NV 89102
rkay@mcdonaldcarano.com

*Attorneys for RESC Renewables Holdings, LLC*

John D. Tennert
**Fennemore Craig, P.C.**
7800 Rancharrah Pkwy
Reno, NV 89511
775-788-2212
jtennert@fclaw.com

*Attorneys for Greater Nevada Commercial Lending, LLC*

Sheri Michele Thome
**Wilson Elser Moskowitz & Edelman LLP**
6689 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89119
sheri.thome@wilsonelser.com

*Attorney for Scot A. Conner*

*/s/ Paige M. Ostlie*
An Employee of Holland & Hart LLP

2