Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for RESC Renewables Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation,<br><br>Defendants. | Case No. 3:25-cv-00754-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**[Second Request]** |

Defendant RESC Renewables Holdings, LLC ("RESC"), and Plaintiff Tomar, LLC ("Plaintiff"), by and through their undersigned attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading to the Complaint ("COMP") by two weeks to January 30, 2026. In support of the Stipulation, the parties state the following:

1. Following the global stipulation and extension of time entered into by all of the Parties, [ECF No. 20], RESC's responsive pleading to Plaintiff's COMP is currently due January 16, 2026.

/ / /

2. Counsel for RESC has had several family emergencies arise in the last week that have interfered with his availability to prepare a responsive pleading.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the second and final request to extend the deadline for RESC to file their responsive pleading to Plaintiff's COMP.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the Parties hereby stipulate that the deadline for RESC to file their responsive pleadings shall be extended through January 30, 2026.

Dated this 13th day of January, 2026.

| McDONALD CARANO LLP | HOLLAND & HART LLP |
|---|---|
| By: /s/ *John A. Fortin*<br>Rory T. Kay (NSBN 12416)<br>John A. Fortin (NSBN 15221)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>rkay@mcdonaldcarano.com<br>jfortin@mcdonaldcarano.com<br><br>*Attorneys for RESC Renewables* | By: /s/ *Nicholas W. Katz*<br>Erica C. Medley<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>(702) 669-4600<br>ecmedley@hollandhart.com<br><br>Matthew J. Smith (admitted pro hac vice)<br>Nicholas W. Katz (admitted pro hac vice)<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>(303) 295-8000<br>mjsmith@hollandhart.com<br>nwkatz@hollandhart.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2026.

2