Erica C. Medley (Nevada Bar No. 13959)
**Holland & Hart LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600 | Fax: (702) 669-4650
ecmedley@hollandhart.com

Matthew J. Smith (Colorado Bar No. 32043) (*pro hac vice*)
Nicholas W. Katz (Colorado Bar No. 55136) (*pro hac vice*)
Julia N. Oksasoglu (Colorado Bar No. 61116) (*pro hac vice*)
**Holland & Hart LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: (303) 295-8000 | Fax: (303) 479-9424
mjsmith@hollandhart.com
nwkatz@hollandhart.com
jnoksasoglu@hollandhart.com

Matthew B. Hippler (Nevada Bar No. 7015)
**Holland & Hart LLP**
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Tel: (775) 327-3000
mhippler@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation,<br><br>Defendants. | Case No. 3:25-cv-00754-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO STAY DISCOVERY**<br><br>[ECF No. 105] |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Plaintiff Tomar LLC ("Tomar" or "Plaintiff"), and Defendants RESC Renewables Holdings LLC, RESC LLC, Randall Soule, Encore D.E.C. LLC, Scot A. Conner, GL Part SPV I LLC, Greater Nevada Commercial Lending LLC, and Greater Nevada Credit Union (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, submit this stipulation for a discovery stay pursuant to the Court's December 30, 2025 Order (ECF No. 60).

1. On January 16, 2026, several defendants filed motions to dismiss Tomar's Complaint. ECF Nos. 92, 95, 96 & 97.

2. Because this case arises under federal securities law, the Parties agree that the filing of the motions to dismiss results in an automatic stay of discovery and other proceedings pursuant to 15 U.S.C. § 78u-4(b)(3)(B), except to the extent Tomar seeks "particularized discovery . . . necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B) ("In any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.").

3. Accordingly, the Parties hereby stipulate to a discovery stay pursuant to 15 U.S.C. § 78u-4(b)(3)(B). The Parties shall file a revised Discovery Plan and Scheduling Order within 14 days from the entry of any order denying the motions to dismiss.

Respectfully submitted,

Dated this 22nd day of January, 2026.

**HOLLAND & HART, LLP**

By:___*/s/ Matthew J. Smith*___
Erica C. Medley (NV Bar No. 13959)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Matthew J. Smith (CO Bar No. 32043)
    (*pro hac vice*)
Nicholas W. Katz (CO Bar No. 55136)
    (*pro hac vice*)
Julia N. Oksasoglu (CO Bar No. 61116)
    (*pro hac vice*)
555 17th Street, Suite 3200
Denver, Colorado 80202

Matthew B. Hippler
5470 Kietzke Lane, Suite 100
Reno, NV 89511

*Attorneys for Plaintiff Tomar, LLC*

**SPENCER FANE LLP**

By:___*/s/ Michael MacPhail*___
Jessie Padua (NV Bar No. 17107)
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Michael MacPhail
    (*pro hac vice forthcoming*)
Alexander Baker
    (*pro hac vice forthcoming*)
1700 Lincoln St., Suite 2000
Denver, Colorado 80203
*Attorneys for Defendants Randall Soule; RESC, LLC; and Encore D.E.C., LLC*

**FENNEMORE CRAIG, P.C.**

By:___*/s/ John D. Tennert*___
John D. Tennert (NV Bar No. 11728)
Wade Beavers (NV Bar No. 13451)
MaryJo Smart Pinocchio (NV Bar No. 16139)
7800 Rancharrah Parkway
Reno, Nevada 89511
*Attorneys for Defendants Greater Nevada Credit Union and Greater Nevada Commercial Lending, LLC*

**McDONALD CARANO LLP**

By:___*/s/ Rory T. Kay*___
Rory T. Kay (NV Bar No. 12416)
John A. Fortin (NV Bar No. 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for RESC Renewables Holdings, LLC*

**WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP**

By: */s/ Sheri M. Thome*
Sheri M. Thome (008657)
6689 Las Vegas Boulevard South, #200
Las Vegas, NV 89119
*Attorneys for Scot A. Connor*

**GESUND & PAILET, LLC**
*/s/ Keren E Gesund*
Keren E Gesund
Nevada Bar No. 10881
Email: keren@glolawfirm.com
*Attorneys for Defendant GL Part SPV I, LLC*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: January 22, 2026

36812177_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4