ERICA C. MEDLEY (Nevada Bar No. 13959)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600 | Fax: (702) 669-4650
ecmedley@hollandhart.com

MATTHEW J. SMITH (Colorado Bar No. 32043) (*pro hac vice*)
NICHOLAS W. KATZ (Colorado Bar No. 55136) (*pro hac vice*)
JULIA N. OKSASOGLU (Colorado Bar No. 61116) (*pro hac vice*)
**HOLLAND & HART LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: (303) 295-8000 | Fax: (303) 479-9424
mjsmith@hollandhart.com
nwkatz@hollandhart.com
jnoksasoglu@hollandhart.com

MATTHEW B. HIPPLER (Nevada Bar No. 7015)
**HOLLAND & HART LLP**
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Tel: (775) 327-3000
mhippler@hollandhart.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation, <br><br> Defendants. | Case No. 3:25-cv-00754-MMD-CLB <br><br> **ORDER GRANTING STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS [First Request]** |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Plaintiff Tomar LLC ("Tomar" or "Plaintiff"), and Defendants RESC Renewables Holdings LLC, RESC LLC, Randall Soule, Encore D.E.C. LLC, Scot A. Conner, GL Part SPV I LLC, Greater Nevada Commercial Lending LLC, and Greater Nevada Credit Union (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, and pursuant to LR IA 6-1, submit this stipulation to extend the deadline for Tomar to respond to the motions to dismiss filed by Defendants on January 16, 2026:

1. Tomar filed its Verified Complaint for Securities Fraud and Other Damages on October 17, 2025 (ECF No. 1).

2. Defendants' deadlines to respond to the Verified Complaint were in November 2025. The Parties stipulated to extend those deadlines to January 16, 2026 for all defendants.

3. On January 16, 2026, all defendants except RESC Renewables Holdings, LLC filed motions to dismiss Tomar's Verified Complaint. RESC Renewables Holdings, LLC's deadline to respond to the Verified Complaint was extended to January 30, 2026.

4. Tomar's response briefs to the motions to dismiss are currently due on January 30, 2026.

5. Per Federal Rule of Civil Procedure 15, Tomar has the right to amend its complaint once as a matter of course no later than 21 days after service of Defendants' motions under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course no later than . . . if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.").

6. Tomar intends to amend its complaint to incorporate new information that Tomar has learned since filing its original complaint. Tomar will thus file its amended complaint in lieu of responding to the motions to dismiss.

7. The Parties have agreed that Tomar's deadline for filing its responses to the motions to dismiss should be extended one week, up to and including February 6, 2026, to be commensurate with Rule 15(a)(1)(B)'s 21-day deadline for Tomar's amended complaint.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

8.     The Parties further agree that because Tomar intends to amend its complaint, Defendant RESC Renewables Holdings, LLC need not file its response to the Verified Complaint on January 30, 2026 and will respond instead to the amended complaint filed on February 6, 2026.

9.     This is Tomar's first request for an extension of this deadline. There is no scheduling order or trial date in place, discovery has been stayed by the filing of the motions to dismiss, and no prejudice will result from this extension.

10.     The Parties therefore submit that good cause exists for the requested extension.

WHEREFORE, the Parties stipulate that the deadline for Tomar to respond to the motions to dismiss filed by RESC LLC, Randall Soule, Encore D.E.C. LLC, Scot A. Conner, GL Part SPV I LLC, Greater Nevada Commercial Lending LLC, and Greater Nevada Credit Union (ECF Nos. 92, 95, 96, 97) shall be extended by one week, up to and including February 6, 2026, at which time Tomar will file its amended complaint in lieu of responding to the motions to dismiss.

Respectfully submitted,

Dated this 28th day of January, 2026.

**HOLLAND & HART, LLP**

By:     */s/ Matthew J. Smith*
    Erica C. Medley (NV Bar No. 13959)
    9555 Hillwood Drive, 2nd Floor
    Las Vegas, Nevada 89134

    Matthew J. Smith (CO Bar No. 32043)
      (*pro hac vice*)
    Nicholas W. Katz (CO Bar No. 55136)
      (*pro hac vice*)
    Julia N. Oksasoglu (CO Bar No. 61116)
      (*pro hac vice*)
    555 17th Street, Suite 3200
    Denver, Colorado 80202

    Matthew B. Hippler
    5470 Kietzke Lane, Suite 100
    Reno, NV 89511

    *Attorneys for Plaintiff Tomar, LLC*

**FENNEMORE CRAIG, P.C.**

By:     */s/ Wade Beavers*
    John D. Tennert (NV Bar No. 11728)
    Wade Beavers (NV Bar No. 13451)
    MaryJo Smart Pinocchio (NV Bar No. 16139)
    7800 Rancharrah Parkway
    Reno, Nevada 89511
    *Attorneys for Defendants Greater Nevada Credit Union and Greater Nevada Commercial Lending, LLC*

**SPENCER FANE LLP**

By:    */s/ Michael MacPhail*
    Jessie Padua (NV Bar No. 17107)
    300 South 4th Street, Suite 1600
    Las Vegas, Nevada 89101
    Michael MacPhail
        (*pro hac vice forthcoming*)
    Alexander Baker
        (*pro hac vice forthcoming*)
    1700 Lincoln St., Suite 2000
    Denver, Colorado 80203
    *Attorneys for Defendants Randall Soule; RESC, LLC; and Encore D.E.C., LLC*

**McDONALD CARANO LLP**

By:    */s/ John A. Fortin*
    Rory T. Kay (NV Bar No. 12416)
    John A. Fortin (NV Bar No. 15221)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    *Attorneys for RESC Renewables Holdings, LLC*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Sheri M. Thome*
Sheri M. Thome (008657)
6689 Las Vegas Boulevard South, #200
Las Vegas, NV 89119
*Attorneys for Scot A. Connor*

**GESUND & PAILET, LLC**
*/s/ Keren E Gesund*
Keren E Gesund
Nevada Bar No. 10881
Email: keren@glolawfirm.com
*Attorneys for Defendant GL Part SPV I, LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED:   January 28, 2026

36855101_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134