JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
JESSIE PADUA, ESQ.
Nevada Bar No. 17107
SPENCER FANE LLP
300 S. 4th St., Suite 1600
Tel.: (702) 408-3400 / Fax.: (702) 408-3401
Email: jlujan@spencerfane.com
          jpadua@spencerfane.com

MICHAEL MacPHAIL, ESQ. (*Appearing Pro Hac Vice*)
ALEXANDER BAKER, ESQ. (*Appearing Pro Hac Vice*)
SPENCER FANE LLP
1700 Lincoln St., Suite 1600
Denver, CO 80203
Tel.: (303) 839-3800 / Fax.: (303) 839-3838
Email: mmacphail@spencerfane.com
          acbaker@spencerfane.com

*Attorneys for Defendants*
*Randall Soule, RESC LLC, and Encore D.E.C., LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br>      v.<br><br>RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation,<br><br>            Defendants. | Civil Case No.: 3:25-cv-00754-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[ECF No. 115] |

Defendants, RESC Renewables Holdings, LLC, RESC LLC, Randall Soule, Encore D.E.C., LLC, Scot A. Conner, GL Part SPV I LLC, Greater Nevada Credit Union , and Greater Nevada Commercial Lending, LLC (collectively, "Defendants"), and Plaintiff Tomar LLC ("Plaintiff," and with Defendants, the "Parties"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, submit this stipulation to extend the deadline for Defendants to respond to Plaintiff's First Amended Complaint (the "FAC") [ECF No. 111] filed on February 6, 2026:

1.     Plaintiff filed its Complaint for Securities Fraud and Other Damages on October 17, 2025 (the "Original Complaint") [ECF No. 1].

2.     By stipulation, Defendants' deadline to respond to the Original Complaint was extended to January 16, 2026. RESC Renewables Holdings, LLC's deadline to respond was further extended by stipulation to January 30, 2026. Accordingly, all Defendants, except for RESC Renewables Holdings, LLC, filed their respective motions to dismiss the original complaint on January 16, 2026.

3.     The Parties stipulated to extend Plaintiff's deadline to respond to the motions to dismiss to February 6, 2026 [ECF No. 108]. In lieu of responding to the motions to dismiss, Plaintiff filed its FAC pursuant to Fed. R. Civ. P. 15(a)(1)(B). Thus, the FAC was filed on February 6, 2026. According to Fed. R. Civ. P. 15(a)(3), Defendants' response to the FAC is due within 14 days of the amended pleading, or February 20, 2026.

4.     Due to the length and complexity of the FAC, the Parties agree to extend the Defendants' deadline to respond to March 20, 2026.

5.     This is the Defendants' first request to extend the deadline to respond to the FAC. No scheduling order or trial date is in place, discovery has not commenced, and no prejudice will result from this extension.

6.     The Parties therefore submit that good cause exists for the requested extension.

LV 7100230.1

WHEREFORE, the Parties stipulate to extend Defendants' deadline to move, answer, or otherwise respond to Plaintiff's FAC [ECF No. 111] to **March 20, 2026**.

**IT IS SO STIPULATED.**

DATED this 17th day of February, 2026.

| | |
|---|---|
| **SPENCER FANE LLP** | **HOLLAND & HART LLP** |
| By: */s/ Jessie Padua* | By: */s/ Julia N. Oksasoglu* |
| Jessica Lujan, Esq. (NV Bar No. 14913)<br>Jessie Padua, Esq. (NV Bar No. 17107)<br>300 S. 4th St., Suite 1600<br>Las Vegas, NV 89101 | Erica C. Medley. Esq. (NV Bar No. 13959)<br>9555 Hillwood Dr., 2nd Floor<br>Las Vegas, NV 89134 |
| Michael MacPhail, Esq. (*Pro Hac Vice*)<br>Alexander Baker, Esq. (*Pro Hac Vice*)<br>1700 Lincoln St., Suite 2000<br>Denver, CO 80203 | Matthew J. Smith, Esq. (*Pro Hac Vice*)<br>Nicholas W. Katz, Esq. (*Pro Hac Vice*)<br>Julia N. Oksasoglu, Esq. (*Pro Hac Vice*)<br>555 17th St., Suite 3200<br>Denver, CO 80202 |
| *Attorneys for Defendants Randall Soule, RESC LLC, and Encore D.E.C. LLC* | Matthew B. Hippler, Esq. (NV Bar No. 7015)<br>5470 Kietzke Lane, Suite 100<br>Reno, NV 89511 |
| | *Attorneys for Plaintiff Tomar, LLC* |
| **FENNEMORE CRAIG P.C.** | **McDONALD CARANO LLP** |
| By: */s/ Wade Beavers* | By: */s/ Rory T. Kay* |
| John D. Tennert, Esq. (NV Bar No. 11728)<br>Wade Beavers, Esq. (NV Bar No. 13451)<br>MaryJo Smart Pinocchio, Esq. (NV Bar No. 16139)<br>7800 Rancharrah Parkway<br>Reno, NV 89511 | Rory T. Kay, Esq. (NV Bar No. 12416)<br>John A. Fortin, Esq. (NV Bar No. 15221)<br>2300 West Sahara Ave., Suite 1200<br>Las Vegas, NV 89102 |
| *Attorneys for Defendants Greater Nevada Credit Union and Greater Nevada Commercial Lending, LLC* | *Attorneys for RESC Renewables Holdings, LLC* |

- 3 -

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Sheri M. Thome*

Sheri M. Thome, Esq. (NV Bar No. 008657)
6689 Las Vegas Blvd. South, #200
Las Vegas, NV 89119

*Attorneys for Defendant Scot. A Conner*

**GESUND & PAILET, LLC**

By: */s/ Keren E. Gesund*

Keren E. Gesund, Esq. (NV Bar No. 10881)
Email: keren@glolawfirm.com

*Attorneys for Defendant GL Part SPV I, LLC*

**IT IS SO ORDERED.**

**DATED:** February 17, 2026

UNITED STATES MAGISTRATE JUDGE

- 4 -

LV 7100230.1