MATTHEW B. HIPPLER (Nevada Bar No. 7015)
**HOLLAND & HART LLP**
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Tel: (775) 327-3000
mhippler@hollandhart.com

MATTHEW J. SMITH (Colorado Bar No. 32043)
NICHOLAS W. KATZ (Colorado Bar No. 55136)
JULIA N. OKSASOGLU (Colorado Bar No. 61116)
**HOLLAND & HART LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: (303) 295-8000 | Fax: (303) 479-9424
mjsmith@hollandhart.com
nwkatz@hollandhart.com
jnoksasoglu@hollandhart.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company, | Case No.  3:25-cv-00754-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISASSOCIATE COUNSEL** |
| RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation, | |
| Defendants. | |

**HOLLAND & HART LLP**
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Plaintiff Tomar, LLC ("Tomar"), by and through its attorneys, Holland & Hart LLP, hereby submits this motion in accordance with LR IA 11-6 to disassociate Erica C. Medley, Esq. as an attorney of record in the above-entitled action. As of March 25, 2026, Ms. Medley is no longer associated with the law firm of Holland & Hart LLP.

In compliance with LR IA 11-6(b), Plaintiff has been provided notice of Ms. Medley's departure. Additionally, all other parties to this action will be served a copy of this motion upon filing and therefore receive notice of Ms. Medley's departure.

This motion is made in good faith and not intended to delay pretrial proceedings, discovery, trial, or any hearings in this case. As a result, Plaintiff respectfully requests this Court grant this motion in full and remove Ms. Medley from the above-entitled matter. Plaintiff additional requests all notices continue to be directed to the attention of the undersigned counsel, Matthew Smith, Nicholas Katz, Julia Oksasoglu, and Matthew Hippler of the law firm of Holland & Hart LLP:

DATED March 25, 2026.

**HOLLAND & HART LLP**

By: */s/ Matthew J. Smith*
Matthew Hippler
5470 Kietzke Lane, Suite 100
Reno, NV 89511

Matthew J. Smith (*pro hac vice*)
Nicholas W. Katz (*pro hac vice*)
Julia N. Oksasoglu (*pro hac vice*)
555 17th Street, Suite 3200
Denver, CO 80202
(303) 295-8000

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2026.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1