MATTHEW B. HIPPLER (Nevada Bar No. 7015)
**HOLLAND & HART LLP**
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Tel: (775) 327-3000
mhippler@hollandhart.com

MATTHEW J. SMITH (Colorado Bar No. 32043) (*pro hac vice*)
NICHOLAS W. KATZ (Colorado Bar No. 55136) (*pro hac vice*)
JULIA N. OKSASOGLU (Colorado Bar No. 61116) (*pro hac vice*)
**HOLLAND & HART LLP**
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: (303) 295-8000 | Fax: (303) 479-9424
mjsmith@hollandhart.com
nwkatz@hollandhart.com
jnoksasoglu@hollandhart.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company, | Case No. 3:25-cv-00754-MMD-CLB |
| Plaintiff, | |
| v. | |
| RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS**  **[First Request]** |
| Defendants. | |

Plaintiff Tomar LLC ("Tomar" or "Plaintiff"), and Defendants RESC Renewables Holdings LLC, RESC LLC, Randall Soule, Encore D.E.C. LLC, Scot A. Conner, GL Part SPV I LLC, Greater Nevada Commercial Lending LLC, and Greater Nevada Credit Union (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel,

*HOLLAND & HART LLP*
*5470 KIETZKE LANE, SUITE 100*
*RENO, NV 89511*

1

and pursuant to LR IA 6-1, submit this stipulation to extend the deadline for Tomar to respond to the motions to dismiss filed by Defendants on March 20, 2026:

1.    Tomar filed its First Amended Verified Complaint for Securities Fraud and Other Damages on February 6, 2026 (ECF No. 111) (the "FAC").

2.    Defendants' deadline to respond to the FAC was February 20, 2026. The Parties stipulated to extend that deadline to March 20, 2026 for all defendants.

3.    On March 20, 2026, all defendants filed motions to dismiss the FAC (five motions to dismiss in total).

4.    Tomar's response briefs to the five motions to dismiss are currently due on April 3, 2026.

5.    Due to the number of motions to dismiss and the complexity of the factual and legal matters at issue, the Parties agree to extend Tomar's deadline to respond to the five motions to dismiss to May 1, 2026 (a 28-day extension).

6.    This is Tomar's first request for an extension of this deadline. There is no scheduling order or trial date in place, discovery has been stayed by the filing of the motions to dismiss, and no prejudice will result from this extension.

7.    The Parties therefore submit that good cause exists for the requested extension.

WHEREFORE, the Parties stipulate that the deadline for Tomar to respond to the motions to dismiss filed by RESC Renewables Holdings LLC, RESC LLC, Randall Soule, Encore D.E.C. LLC, Scot A. Conner, GL Part SPV I LLC, Greater Nevada Commercial Lending LLC, and Greater Nevada Credit Union (ECF Nos. 119, 120, 121, 122, 123, and 124) shall be extended by 28 days, up to and including May 1, 2026, at which time Tomar will file its responses to Defendants' motions to dismiss.

HOLLAND & HART LLP
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511

Respectfully submitted,

Dated this 1st day of April, 2026.

**HOLLAND & HART, LLP**

By:    */s/ Julia N. Oksasoglu*
    Matthew B. Hippler
    5470 Kietzke Lane, Suite 100
    Reno, NV 89511

    Matthew J. Smith (CO Bar No. 32043)
        (*pro hac vice*)
    Nicholas W. Katz (CO Bar No. 55136)
        (*pro hac vice*)
    Julia N. Oksasoglu (CO Bar No. 61116)
        (*pro hac vice*)
    555 17th Street, Suite 3200
    Denver, Colorado 80202

    *Attorneys for Plaintiff Tomar, LLC*


**SPENCER FANE LLP**

By:    */s/ Michael MacPhail*
    Jessie Padua (NV Bar No. 17107)
    300 South 4th Street, Suite 1600
    Las Vegas, Nevada 89101
    Michael MacPhail
        (*pro hac vice forthcoming*)
    Alexander Baker
        (*pro hac vice forthcoming*)
    1700 Lincoln St., Suite 2000
    Denver, Colorado 80203
    *Attorneys for Defendants Randall Soule; RESC, LLC; and Encore D.E.C., LLC*


**FENNEMORE CRAIG, P.C.**

By:    */s/ Wade Beavers*
    John D. Tennert (NV Bar No. 11728)
    Wade Beavers (NV Bar No. 13451)
    MaryJo Smart Pinocchio (NV Bar No. 16139)
    7800 Rancharrah Parkway
    Reno, Nevada 89511
    *Attorneys for Defendants Greater Nevada Credit Union and Greater Nevada Commercial Lending, LLC*


**McDONALD CARANO LLP**

By:    */s/ John A. Fortin*
    Rory T. Kay (NV Bar No. 12416)
    John A. Fortin (NV Bar No. 15221)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    *Attorneys for RESC Renewables Holdings, LLC*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Sheri M. Thome*
Sheri M. Thome (008657)
6689 Las Vegas Boulevard South, #200
Las Vegas, NV 89119
*Attorneys for Scot A. Connor*

**GESUND & PAILET, LLC**
*/s/ Keren E Gesund*
Keren E Gesund
Nevada Bar No. 10881
Email: keren@glolawfirm.com
*Attorneys for Defendant GL Part SPV I, LLC*

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

DATED: ___April 1, 2026_____

37458229_v1

**HOLLAND & HART LLP**
5470 KIETZKE LANE, SUITE 100
RENO, NV 89511

4