JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
JESSIE PADUA, ESQ.
Nevada Bar No. 17107
SPENCER FANE LLP
300 S. 4th St., Suite 1600
Tel.: (702) 408-3400 / Fax.: (702) 408-3401
Email: jlujan@spencerfane.com
        jpadua@spencerfane.com

MICHAEL MacPHAIL, ESQ. (*Appearing Pro Hac Vice*)
ALEXANDER BAKER, ESQ. (*Appearing Pro Hac Vice*)
SPENCER FANE LLP
1700 Lincoln St., Suite 1600
Denver, CO 80203
Tel.: (303) 839-3800 / Fax.: (303) 839-3838
Email: mmacphail@spencerfane.com
        acbaker@spencerfane.com

*Attorneys for Defendants*
*Randall Soule, RESC LLC, and Encore D.E.C., LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company, | Civil Case No.: 3:25-cv-00754-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS** |
| RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation, | **[First Request]** |
| Defendants. | |

Defendants, RESC Renewables Holdings, LLC, RESC LLC, Randall Soule, Encore D.E.C., LLC, Scot A. Conner, GL Part SPV I LLC, Greater Nevada Credit Union , and Greater Nevada Commercial Lending, LLC (collectively, "Defendants"), and Plaintiff Tomar LLC ("Plaintiff," and with Defendants, the "Parties"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, submit this stipulation to extend the deadline for Defendants to file their replies in support of their respective Motions to Dismiss:

1.      Defendants timely filed their respective Motions to Dismiss on March 20, 2026, the deadline for which was extended via a stipulation of the parties (ECF No. 115). *See* Motions to Dismiss filed March 20, 2026 (ECF Nos. 119-125).

2.      Plaintiff timely filed its responses to the Motions to Dismiss on May 29, 2026, the deadline for which was also extended via a stipulation of the parties (ECF No. 127). *See* Responses (ECF Nos. 131-135).

3.      Due to the complexity of the issues, the Parties now stipulate and agree to extend the Defendants' deadline to file their replies in support of the Motions to Dismiss, through and including June 17, 2026.

4.      This is the Parties first request to extend the reply deadline. No scheduling order or trial date is in place, discovery has not commenced, and no prejudice will result from this extension.

5.      The Parties therefore submit that good cause exists for the requested extension.

WHEREFORE, the Parties stipulate to extend Defendants' deadline to file their replies in support of their respective Motions to Dismiss to (and including) **June 17, 2026**.

/ / /

/ / /

/ / /

LV 7185648.1

**IT IS SO STIPULATED.**

DATED this 2nd day of June 2026.

| | |
|---|---|
| **SPENCER FANE LLP** | **HOLLAND & HART LLP** |
| By: */s/ Jessie Padua* | By: */s/ Nicholas W. Katz* |
| Jessica Lujan, Esq. (NV Bar No. 14913)<br>Jessie Padua, Esq. (NV Bar No. 17107)<br>300 S. 4th St., Suite 1600<br>Las Vegas, NV 89101 | Matthew J. Smith, Esq. (*Pro Hac Vice*)<br>Nicholas W. Katz, Esq. (*Pro Hac Vice*)<br>Julia N. Oksasoglu, Esq. (*Pro Hac Vice*)<br>555 17th St., Suite 3200<br>Denver, CO 80202 |
| Michael MacPhail, Esq. (*Pro Hac Vice*)<br>Alexander Baker, Esq. (*Pro Hac Vice*)<br>1700 Lincoln St., Suite 2000<br>Denver, CO 80203<br>*Attorneys for Defendants Randall Soule, RESC LLC, and Encore D.E.C. LLC* | Matthew B. Hippler, Esq. (NV Bar No. 7015)<br>5470 Kietzke Lane, Suite 100<br>Reno, NV 89511<br>*Attorneys for Plaintiff Tomar, LLC* |

| | |
|---|---|
| **FENNEMORE CRAIG P.C.** | **McDONALD CARANO LLP** |
| By: */s/ John D. Tennert* | By: */s/ Rory T. Kay* |
| John D. Tennert, Esq. (NV Bar No. 11728)<br>Wade Beavers, Esq.  (NV Bar No. 13451)<br>MaryJo Smart Pinocchio, Esq. (NV Bar No. 16139)<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>*Attorneys for Defendants Greater Nevada Credit Union and Greater Nevada Commercial Lending, LLC* | Rory T. Kay, Esq. (NV Bar No. 12416)<br>John A. Fortin, Esq. (NV Bar No. 15221)<br>2300 West Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>*Attorneys for RESC Renewables Holdings, LLC* |

| | |
|---|---|
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **GESUND & PAILET, LLC** |
| By: */s/ Shawn A. Mangano* | By: */s/ Keren E. Gesund* |
| Sheri M. Thome, Esq. (NV Bar No. 008657)<br>Shawn A. Mangano, Esq. (NV Bar No. 006730)<br>6689 Las Vegas Blvd. South, #200<br>Las Vegas, NV 89119<br>*Attorneys for Defendant Scot. A Conner* | Keren E. Gesund, Esq. (NV Bar No. 10881)<br>Email: keren@glolawfirm.com<br>*Attorneys for Defendant GL Part SPV I, LLC* |

LV 7185648.1

Based on the foregoing stipulation of the parties, the Court hereby adopts the briefing schedule set forth herein, and extends Defendants' replies deadline in support of their Motions to Dismiss through and including June 17, 2026.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: _____June 3, 2026_____

LV 7185648.1