Sheri M. Thome, Esq.
Nevada Bar No. 008657
Shawn A. Mangano, Esq.
Nevada Bar No. 006730
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
sheri.thome@wilsonelser.com
shawn.mangano@wilsonelser.com
*Attorneys for Defendant*
*Scot A. Conner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company, | Case No.: 3:25-cv-00754-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANT SCOT A. CONNER TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED VERIFIED COMPLAINT** |
| vs. | |
| RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation, | **(Second Request)** |
| Defendants. | |

Defendant Scot A. Conner ("Defendant") and Tomar, LLC ("Plaintiff" and collectively referred to herein with Defendant as the "Parties"), by and through their respective counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure LR IA 6-1 hereby submit this stipulation for Defendant to file a reply brief in support his Motion to Dismiss Plaintiff's First Amended Verified Complaint (the "Motion to Dismiss"):

1.    Defendant timely filed his Motion to Dismiss on March 20, 2026 (ECF No. 119), the deadline for which was extended by stipulation between the Parties.

328176585v.2

2.      Plaintiff timely filed a response to Defendant's Motion to Dismiss on May 29, 2026 (ECF No. 133), the deadline for which was also extended by stipulation between the Parties.

3.      Due to the complexity of the issues presented, the Parties stipulated to an extension that was granted by the Court allowing Defendant, among others, to have until **June 17, 2026** to file a reply brief in support of the Motion to Dismiss. (ECF No. 137).

4.      Due to the complexity of the issues presented and Defendant's counsel having to file up to twelve (12) motions in limine on June 18, 2026 in a case set on a trial stack for the second week of July 2026, before Judge Kishner in the Eighth Judicial District Court for Clark County, Nevada, the Parties have stipulated to an extension of allowing Defendant until **Friday, June 26, 2026** to file a reply brief in support of the Motion to Dismiss.

5.      This is the Parties' second request for an extension of time for Defendant to file a reply brief in support of the Motion to Dismiss. No scheduling order or trial date is in place, no discovery has not commenced, and no prejudice will result from this extension.

6.      The Parties therefore submit that there is good cause for the Parties requested extension.

WHEREFORE, the Parties stipulate to extend Defendant's deadline to file a reply in support of his Motion to Dismiss to (and including) **Friday, June 26, 2026**.

**IT IS SO STIPULATED.**

DATED this 16th day of June 2026.

| | |
|---|---|
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **HOLLAND & HART LLP** |
| By: */s/ Shawn A. Mangano, Esq.*<br>  Sheri M. Thome, Esq.<br>  Nevada Bar No. 8657<br>  Shawn A. Mangano, Esq.<br>  Nevada Bar No. 6730<br>  6689 Las Vegas Blvd. South, Suite 200<br>  Las Vegas, Nevada 89119 | By: */s/ Nicholas Katz, Esq.*<br>  Matthew J. Smith, Esq.*<br>  Nicholas W. Katz, Esq.*<br>  Julia N. Oksasoglu, Esq.*<br>  555 17th Street, Suite 3200<br>  Denver, Colorado 80202 |
| *Attorneys for Defendant* | Matthew B. Hippler, Esq.<br>  Nevada Bar No. 7015 |
| *Admitted *Pro Hac Vice* | 5470 Kietzke Lane, Suite 100<br>  Reno, Nevada 89511<br>  *Attorneys for Plaintiff* |

-2-

328176585v.2

Based on the foregoing stipulation of the Parties, the Court adopts the briefing schedule set forth herein and extends the Defendant's deadline to file a reply in support of the Motion to Dismiss through and including **June 26, 2026**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____June 16, 2026_____

-3-

328176585v.2