Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for RESC Renewables Holdings, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TOMAR, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation,<br><br>                    Defendants. | Case No. 3:25-cv-00754-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESC RENEWABLES HOLDINGS, LLC TO FILE REPLY BRIEF**<br><br>**[First Request]** |

Defendant RESC Renewables Holdings, LLC ("RESC"), and Plaintiff Tomar, LLC ("Plaintiff"), by and through their undersigned attorneys, and pursuant to LR IA 6-1, submit the following stipulation to extend the deadline for Defendant to file their reply in support of their Motion to Dismiss:

1.      Defendant timely filed their Motions to Dismiss on March 20, 2026, the deadline for which was extended via a stipulation of the parties (ECF No. 115). See Motion to Dismiss filed March 20, 2026 (ECF No. 123).

/ / /

2. Plaintiff timely filed its response to the Motion to Dismiss on May 29, 2026, the deadline for which was also extended via a stipulation of the parties (ECF No. 127). See Responses (ECF No. 135)

3. The receiver for RESC was recently appointed in the state court action. Through the receiver's counsel, the receiver has indicated a need to get up to speed on both the state court and federal court proceedings. This process is impacting RESC's ability to file a reply and so the receiver's counsel agreed to an extension with Plaintiff's counsel. RESC, therefore, requires an additional two weeks to prepare a reply brief.

4. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

Dated this 16th day of June, 2026.

McDONALD CARANO LLP

By: /s/ John A. Fortin
    Rory T. Kay (NSBN 12416)
    John A. Fortin (NSBN 15221)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    rkay@mcdonaldcarano.com
    jfortin@mcdonaldcarano.com

*Attorneys for RESC Renewables*

HOLLAND & HART LLP

By: /s/Nicholas W. Katz
    Matthew J. Smith, Esq. (Pro Hac Vice)
    Nicholas W. Katz, Esq. (Pro Hac Vice)
    Julia N. Oksasoglu, Esq. (Pro Hac Vice)
    555 17th St., Suite 3200
    Denver, CO 80202
    MJSmith@hollandhart.com
    NWKatz@hollandhart.com
    JNOksasoglu@hollandhart.com

    Matthew B. Hippler, Esq. (NV Bar No. 7015)
    5470 Kietzke Lane, Suite 100
    Reno, NV 89511
    MHippler@hollandhart.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____June 16, 2026_____

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO