Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for RESC Renewables Holdings, LLC*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TOMAR, LLC, a Nevada limited liability company,

Plaintiff,

v.

RESC RENEWABLES HOLDINGS, LLC, a Nevada limited liability company; RESC, LLC, a Nevada limited liability company; RANDALL SOULE, an individual; ENCORE D.E.C., LLC, a Nevada limited liability company; SCOT A. CONNER, an individual; GL PART SPV I, LLC, a Wyoming limited liability company; GREATER NEVADA COMMERCIAL LENDING, LLC, a Nevada limited liability company; and GREATER NEVADA CREDIT UNION, a Nevada nonprofit cooperative corporation,

Defendants.

Case No. 3:25-cv-00754-MMD-CLB

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESC RENEWABLES HOLDINGS, LLC TO FILE REPLY BRIEF**

**[Third Request]**

Defendant RESC Renewables Holdings, LLC ("RESC"), and Plaintiff Tomar, LLC ("Plaintiff"), by and through their undersigned attorneys, and pursuant to LR IA 6-1, submit the following stipulation to extend the deadline for Defendant to file their reply in support of their Motion to Dismiss:

1. Defendant timely filed their Motions to Dismiss on March 20, 2026, the deadline for which was extended via a stipulation of the parties (ECF No. 115). See Motion to Dismiss filed March 20, 2026 (ECF No. 123).

/ / /

2. Plaintiff timely filed its response to the Motion to Dismiss on May 29, 2026, the deadline for which was also extended via a stipulation of the parties (ECF No. 127). See Responses (ECF No. 135)

3. The receiver for RESC was recently appointed in the state court action. Through the receiver's counsel, the receiver has indicated a need to get up to speed on both the state court and federal court proceedings. This process is impacting RESC's ability to file a reply and so the receiver's counsel agreed to an extension with Plaintiff's counsel. RESC, therefore, requires an additional 9 days (until July 31, 2026) to prepare a reply brief.

4. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

Dated this 21st day of July, 2026.

McDONALD CARANO LLP

By: */s/ John A. Fortin*
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for RESC Renewables*

HOLLAND & HART LLP

By: */s/ Nicholas W. Katz*
Matthew J. Smith, Esq. (Pro Hac Vice)
Nicholas W. Katz, Esq. (Pro Hac Vice)
Julia N. Oksasoglu, Esq. (Pro Hac Vice)
555 17th St., Suite 3200
Denver, CO 80202
MJSmith@hollandhart.com
NWKatz@hollandhart.com
JNOksasoglu@hollandhart.com

Matthew B. Hippler, Esq. (NV Bar No. 7015)
5470 Kietzke Lane, Suite 100
Reno, NV 89511
MHippler@hollandhart.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: July 22, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966